**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Inotiv, Inc., *et al.*[1] | Case No. 26-90601 (CML) |
| Debtors. | (Jointly Administered) |

## <u>NOTICE OF EMERGENCY VIRTUAL HEARING ON FIRST DAY MOTIONS</u>

On June 3, 2026 (the "***Petition Date***"), Inotiv, Inc. and its affiliated debtors and debtors in possession (collectively, the "***Debtors***"), filed voluntary petitions for relief under title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***") commencing these Chapter 11 Cases.

In accordance with the Procedures for Complex Cases in the Southern District of Texas, an emergency, virtual hearing is set for **June 4, 2026, at 9:00 a.m. (prevailing Central Time)** (the "***First Day Hearing***"), before the Honorable Christopher M. Lopez to consider the matters (collectively, the "***First Day Motions***") set forth below.

The First Day Hearing will be conducted **virtually only. No in-person attendance will be permitted**. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these Chapter 11 Cases, including the First Day Motions, and other relevant case information are available free of charge on the following website maintained by the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Inotiv LAMS West Inc. (7130); Inotiv, Inc. (5024); BAS Evansville, Inc. (3157); BASi Gaithersburg, LLC (9967); Bronco Research Services, LLC (2654); Envigo Bioproducts, Inc. (2644); Envigo Global Services Inc. (6521); Envigo Holding I, Inc. (3754); Envigo New Holdco, LLC (9828); Envigo RMS B.V., Inc. (8162); Envigo RMS, LLC (3840); ERPP, Inc. (2545); Histion, LLC (2199); Inotiv Boulder, LLC (9567); Inotiv Nashville, LLC (8480); Inotiv Research Models, LLC (6700); Integrated Laboratory Systems, LLC (3696); Precisium Solutions, LLC (2043); Seventh Wave Laboratories, LLC (3138).  The Debtors' service address is 2701 Kent Avenue, West Lafayette, IN 47906.

Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, in connection with the Chapter 11 Cases: https://restructuring.ra.kroll.com/Inotiv/. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**First Day Motions**

1. ***Joint Administration Motion***. Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3]

2. ***Complex Case Designation***. Notice of Designation as Complex Bankruptcy Case [Docket No. 2]

3. ***Claims, Noticing, and Solicitation Agent Retention Application***. Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

4. ***Creditor Matrix Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 30 Creditors List, (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Authorizing the Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 5]

5. ***Motion to Seal***. Debtors' Emergency Motion to File Certain Confidential and Commercially Sensitive Information Under Seal for the Duration of the Chapter 11 Cases [Docket No. 18]

6. ***All Trade Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Claims of Trade Creditors, (II) Confirming Administrative Expense Priority Status of Debtors' Undisputed Obligations for Postpetition Delivery of Goods and Services, (III) Authorizing the Debtors to Continue Customer Deposit and Advance Billing Programs and to Refund Customer Deposits, (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Fund Transfers, and (V) Granting Related Relief [Docket No. 8]

7. ***Solicitation Procedures Motion***. Debtors' Emergency Motion for Entry of Order (I) Scheduling a Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Plan Confirmation; (II) Fixing Deadlines Related to Disclosure Statement Approval and Plan Confirmation; (III) Approving (A) Solicitation Procedures, (B) Form and Manner of Combined Hearing Notice and Objection Deadline, and (C) Notice of Non-Voting Status and Opt-Out and Opt-In Opportunities; (IV) Conditionally (A) Approving Disclosure Statement, (B) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors, and (C) Waiving Requirements of Filing Statements of Financial Affairs, Schedules of Assets and

Liabilities, and 2015.3 Reports and (V) Granting Related Relief [Docket No. 13]

8. ***Insurance Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Maintain the Surety Bond Program, and (II) Granting Related Relief [Docket No. 16]

9. ***Utilities Motion***. Debtors' Emergency Motion for Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Docket No. 17]

10. ***Taxes Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 15]

11. ***Cash Management Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue Intercompany Transactions and (II) Granting Related Relief [Docket No. 14]

12. ***Wages Motion***. Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations, and (II) Granting Related Relief [Docket No. 19]

13. ***NOL Motion***. Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Shares and (II) Granting Related Relief [Docket No. 20]

14. ***DIP Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Secured Parties and Prepetition PIK Notes Parties; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 7]

15. ***Extension of Automatic Stay Motion***. Emergency Motion of Debtors for Entry of an Order Extending Automatic Stay to Claims Asserted Against Debtors' President and CEO [Docket No. 21]

Dated:  June 3, 2026
        Houston, Texas

Respectfully Submitted,

/s/ Timothy A. ("Tad") Davidson II
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Kaleb Bailey (Texas Bar No. 24136717)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
Email:  taddavidson@hunton.com
        pguffy@hunton.com
        kbailey@hunton.com

**ROPES & GRAY LLP**
Cristine Pirro Schwarzman (*pro hac vice* admission pending)
Daniel I. Forman (*pro hac vice* admission pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email:  cristine.schwarzman@ropesgray.com
        dan.forman@ropesgray.com

*Proposed Co-Counsel to the Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

4