**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>Inotiv, Inc., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90601 (CML)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT**

1. **PLEASE TAKE NOTICE** that, on June 3, 2026, the above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***"), filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Inotiv, Inc. and its Affiliated Debtors* [Docket No. 9] (as may be amended, modified or supplemented in accordance with its terms, and including all exhibits and schedules thereto and this Plan Supplement, the "***Plan***") with the United States Bankruptcy Court for the Southern District of Texas (the "***Court***").

2. **PLEASE TAKE FURTHER NOTICE** that, on June 3, 2026, the Debtors also filed the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Inotiv, Inc. and its Affiliated Debtors* [Docket No. 10] (as may be amended or modified, the "***Disclosure Statement***").[2]

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Inotiv LAMS West Inc. (7130); Inotiv, Inc. (5024); BAS Evansville, Inc. (3157); BASi Gaithersburg, LLC (9967); Bronco Research Services, LLC (2654); Envigo Bioproducts, Inc. (2644); Envigo Global Services Inc. (6521); Envigo Holding I, Inc. (3754); Envigo New Holdco, LLC (9828); Envigo RMS B.V., Inc. (8162); Envigo RMS, LLC (3840); ERPP, Inc. (2545); Histion, LLC (2199); Inotiv Boulder, LLC (9567); Inotiv Nashville, LLC (8480); Inotiv Research Models, LLC (6700); Integrated Laboratory Systems, LLC (3696); Precisium Solutions, LLC (2043); Seventh Wave Laboratories, LLC (3138). The Debtors' service address is 2701 Kent Avenue, West Lafayette, IN 47906.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan or Disclosure Statement, as applicable. For the avoidance of doubt, the rules of interpretation set forth in Article I of the Plan apply hereto unless otherwise indicated.

3. **PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan and Disclosure Statement, the Debtors filed the *Notice of Filing of Plan Supplement* [Docket No. 128] (the "***Original Plan Supplement***") with the Court on June 29, 2026.

4. **PLEASE TAKE FURTHER NOTICE** that on July 10, 2026, the Debtors filed the *Amended Prepackaged Chapter 11 Plan of Reorganization of Inotiv, Inc. and its Affiliated Debtors* [Docket No. 175].

5. **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this *Notice of Filing of Amended Plan Supplement* (the "***Amended Plan Supplement***" and, together with the Original Plan Supplement, the "***Plan Supplement***"), which includes the following Exhibits to the Plan Supplement:

**Exhibit A**: Identity of New Board Members

**Exhibit B-1**: Amended Governance Term Sheet

**Exhibit B-1.1**: Redline to Exhibit B-1 of Original Plan Supplement

**Exhibit E-1:** Exit RCF Term Sheet

**Exhibit G**: Amended Restructuring Transactions Memorandum

**Exhibit G-1:** Redline to Exhibit G of Original Plan Supplement

6. **PLEASE TAKE FURTHER NOTICE** that the documents in, or to be part of, the Plan Supplement (including portions thereof) remain subject to negotiation among the Debtors and the applicable Consenting Stakeholders. The Debtors and the Consenting Stakeholders reserve all rights, including all rights under the Restructuring Support Agreement, subject to the terms and conditions set forth in the Plan, to amend, revise, or supplement the Plan Supplement and any of the documents and designations contained therein at any time through the Plan Effective Date or by an order of the Court, and the filing of the forms of documents set forth in this Plan Supplement shall not be deemed as acceptance of such documents by any party or a waiver of any of the rights

of any such party under the Bankruptcy Code or otherwise. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights of the Required Consenting Noteholders and Required Consenting First Lien Lenders to the extent provided in the Plan or the Restructuring Support Agreement.

7. **PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to—and, for the avoidance of doubt, are part of and incorporated by reference into—the Plan. The Plan Supplement documents have not yet been approved by the Court. If the Plan is confirmed, the documents contained in the Plan Supplement (as may be altered, amended, modified, or supplemented in accordance with the Plan, the Restructuring Support Agreement, and the Confirmation Order) will be approved by the Court pursuant to the Confirmation Order.

8. **PLEASE TAKE FURTHER NOTICE** that a hearing (the "***Combined Hearing***") to consider final approval of the Disclosure Statement and confirmation of the Plan, any objections thereto, and any other matter(s) that may properly come before the Court, will be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas located at 515 Rusk Street, Houston, Texas 77002, on **July 14, 2026 at 1:00 p.m., prevailing Central Time**. The Combined Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on parties entitled to notice.

9. **PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement, Plan (including the Plan Supplement) and any amendments thereto, and all other documents filed with the Court are available free of charge on the Debtors' case information website maintained

by the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC ("***Kroll***"), located at https://restructuring.ra.kroll.com/Inotiv or by calling the toll-free information line (844) 408-3698 (US & Canada toll free) and +1 (646) 825-3849 (International). You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.txs.uscourts.gov. Please be advised that Kroll is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should object to the Plan.

10. The Debtors reserve all rights to amend the documents contained in the Plan Supplement at any time through and including the Plan Effective Date (in each case, in accordance with the consent and approval rights of the Required Consenting Noteholders and Required Consenting First Lien Lenders to the extent provided in the Plan or the Restructuring Support Agreement).

[*Remainder of Page Intentionally Left Blank*]

Dated: July 10, 2026

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Kaleb Bailey (Texas Bar No. 24136717)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
Email: taddavidson@hunton.com
pguffy@hunton.com
kbailey@hunton.com

**ROPES & GRAY LLP**
Cristine Pirro Schwarzman (admitted *pro hac vice*)
Daniel I. Forman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: cristine.schwarzman@ropesgray.com
dan.forman@ropesgray.com

*Co-Counsel to the Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on July 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II