**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Inotiv, Inc., *et al.*,[1] | Case No. 26-90601 (CML) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,**
**(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) ENTRY OF FINAL DECREE**
[Relates to Docket Nos. 175, 191]

PLEASE TAKE NOTICE, that, on July 14, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "***Court***") entered the *Order (I) Approving Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Inotiv, Inc. and Its Affiliated Debtors* [Docket No. 191] (the "***Confirmation Order***").[2]

PLEASE TAKE FURTHER NOTICE, that each of the conditions precedent to the occurrence of the Plan Effective Date, as set forth in Article VIII of the Plan, has been satisfied or waived in accordance therewith, and the Plan became effective and was substantially consummated on **July 19, 2026** (the "***Plan Effective Date***").

PLEASE TAKE FURTHER NOTICE, that the Plan and its provisions are binding upon and inure to the benefit of, the Debtors, the Reorganized Debtors, any and all Holders of Claims and Interests (irrespective of whether Holders of such Claims or Interests have or are deemed to have accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, any and all non-Debtor parties to Executory Contracts and Unexpired Leases, all other parties in interest in the Chapter 11 Cases, and their respective Related Parties.

---

1 The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Inotiv LAMS West Inc. (7130); Inotiv, Inc. (5024); BAS Evansville, Inc. (3157); BASi Gaithersburg, LLC (9967); Bronco Research Services, LLC (2654); Envigo Bioproducts, Inc. (2644); Envigo Global Services Inc. (6521); Envigo Holding I, Inc. (3754); Envigo New Holdco, LLC (9828); Envigo RMS B.V., Inc. (8162); Envigo RMS, LLC (3840); ERPP, Inc. (2545); Histion, LLC (2199); Inotiv Boulder, LLC (9567); Inotiv Nashville, LLC (8480); Inotiv Research Models, LLC (6700); Integrated Laboratory Systems, LLC (3696); Precisium Solutions, LLC (2043); Seventh Wave Laboratories, LLC (3138). The Reorganized Debtors' service address is 2701 Kent Avenue, West Lafayette, IN 47906.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order or the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Inotiv, Inc. and Its Affiliated Debtors* [Docket No. 175], attached as Exhibit A to the Confirmation Order (the "***Plan***"), as applicable.

PLEASE TAKE FURTHER NOTICE, that, as set forth in paragraph 33 of the Confirmation Order, "[**r]equests for payment of Administrative Claims need not be filed on the docket of the Chapter 11 Cases for Administrative Claims that (a) relate to post-petition ordinary course operations, (b) previously have been Allowed by Final Order of the Court or pursuant to Section 2.1 of the Plan, or (c) the Debtors or Reorganized Debtors, with the reasonable consent of the Required Consenting First Lien Lenders, have otherwise agreed in writing (email being sufficient) do not require such a filing**."

PLEASE TAKE FURTHER NOTICE, that, pursuant to Section 2.3(a) of the Plan, all final requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses must be filed with the Bankruptcy Court no later than **September 17, 2026**, which is the date that is sixty (60) days after the Plan Effective Date.

PLEASE TAKE FURTHER NOTICE, that, as set forth in paragraph 51 of the Confirmation Order, "[a]s of the Plan Effective Date, all of the Chapter 11 Cases, other than the Chapter 11 Case of Precisium Solutions, LLC [Case No. 26-90612] (the "***Remaining Case***"), shall be closed (and [the] Confirmation Order shall serve as the final decree for such cases) without the need for further motion, notice, or order." *See also* Plan, § 11.18(a). Accordingly, the Chapter 11 Cases of the following Reorganized Debtors are closed for all purposes as of the Plan Effective Date, and the Confirmation Order constitutes final decrees granted with respect to the following cases as of the Plan Effective Date:

| | |
|---|---|
| Inotiv, Inc. | 26-90601 |
| Inotiv LAMS West Inc. | 26-90600 |
| ERPP, Inc. | 26-90602 |
| BAS Evansville, Inc. | 26-90603 |
| Histion, LLC | 26-90604 |
| BASi Gaithersburg, LLC | 26-90605 |
| Inotiv Boulder, LLC | 26-90606 |
| Inotiv Nashville, LLC | 26-90607 |
| Bronco Research Services, LLC | 26-90608 |
| Inotiv Research Models, LLC | 26-90609 |
| Envigo Bioproducts, Inc. | 26-90610 |
| Integrated Laboratory Systems, LLC | 26-90611 |
| Envigo Global Services Inc. | 26-90613 |
| Envigo Holding I, Inc. | 26-90614 |
| Seventh Wave Laboratories, LLC | 26-90615 |
| Envigo New Holdco, LLC | 26-90616 |
| Envigo RMS B.V. Inc. | 26-90617 |
| Envigo RMS LLC | 26-90618 |

PLEASE TAKE FURTHER NOTICE, that, all filings related to the Chapter 11 Cases (including Final Fee Applications) shall be made in the Remaining Case, and, in accordance with paragraph 51 of the Confirmation Order and Section 11.18(a) of the Plan, matters concerning Claims may be heard and adjudicated in the Remaining Case regardless of whether the applicable Claim is against a Reorganized Debtor whose Chapter 11 Case is now closed.

PLEASE TAKE FURTHER NOTICE, that, pursuant to Section 11.11 of the Plan, any Entity that desires to receive notices or documents after the Plan Effective Date must, pursuant to Bankruptcy Rule 2002, file a renewed request to receive such notices and documents with the Bankruptcy Court in the Remaining Case to be added to the post-Plan Effective Date service list. Entities not on such post-Plan Effective Date service list may not receive notices or other documents filed in the Chapter 11 Cases after the Plan Effective Date. An Entity that provides an e-mail address may be served only by e-mail after the Plan Effective Date.

PLEASE TAKE FURTHER NOTICE, that the Plan (including the Plan Supplement), the Confirmation Order, and all other documents publicly filed in the Chapter 11 Cases, as well as additional information about the Chapter 11 Cases, can be accessed free of charge by visiting the Reorganized Debtors' website located at https://restructuring.ra.kroll.com/Inotiv/. If you have any questions about this notice or any documents or materials that you received, please contact the Solicitation Agent by (a) writing to Inotiv, Inc., c/o Kroll Restructuring Administration LLC, 825 Third Avenue Suite 412, Brooklyn, NY 11232; (b) contacting Kroll at InotivInfo@ra.kroll.com; and/or (c) calling the Reorganized Debtors' restructuring hotline at (844) 408-3698 (U.S./Canada, Toll-Free) or +1 (646) 825-3849 (International, Toll) and requesting to have a member of the Team contact you. The Solicitation Agent cannot and will not provide legal advice.

PLEASE TAKE FURTHER NOTICE, that copies of all documents publicly filed in the Chapter 11 Cases may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Dated: July 20, 2026
Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Kaleb Bailey (Texas Bar No. 24136717)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
Email: taddavidson@hunton.com
pguffy@hunton.com
kbailey@hunton.com

- and -

**ROPES & GRAY LLP**
Cristine Pirro Schwarzman (admitted *pro hac vice*)
Daniel I. Forman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: cristine.schwarzman@ropesgray.com
dan.forman@ropesgray.com

*Co-Counsel to the Reorganized Debtors*

## CERTIFICATE OF SERVICE

I certify that on July 20, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II