**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF TEXAS**

**Chapter 11**

**In re: INOTIV, INC**

**Case Number: 26-90601 CML**

**Claim Number: 1 for $3,254.77**

**DEBTOR**

**WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM**

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

**GEOFFREY E. SNYDER**
**COMMISSIONER**
**MASSACHUSETTS DEPARTMENT OF REVENUE**

**By his duly authorized agent,**

**/s/ Sam Dwyer**

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**BANKRUPTCY UNIT - COLLECTIONS BUREAU**
**200 ARLINGTON ST, CHELSEA, MA 02150**
**PO BOX 7090 BOSTON, MA 02204-7090**
**(617) 626-3875**

Geoffrey E. Snyder
Commissioner

MASSACHUSETTS DEPARTMENT OF REVENUE
COLLECTIONS BUREAU - BANKRUPTCY UNIT

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875 Fax: (617) 626-3796

**In re: INOTIV, INC**

**Chapter 11**
**Case Number: 26-90601**
**CML**

**CERTIFICATE OF SERVICE**

I, Sam Dwyer, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

KALEB BAILEY
600 Travis St., Ste 4200
Houston, TX 77002-0000

Chapter 11 Trustee
515 RUSK AVE, Ste 3516
HOUSTON, TX 77002

/s/ Sam Dwyer
MASSACHUSETTS DEPARTMENT OF REVENUE
08/17/2026